# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>            **Plaintiff,**<br><br>     **vs.**<br><br>**KEVIN L. KYHN,**<br><br>            **Defendant.** | **8:13CB10**<br>**Violation Number 1753506 NE14**<br><br>**ORDER** |

The United States of America's Motion to Dismiss (Filing No. 37) is granted.

The above-referenced matter is hereby dismissed without prejudice.

ORDERED this 12th day of February, 2014.

**BY THE COURT:**

s/ Thomas D. Thalken
**United States Magistrate Judge**